Certificate Number: 01267-CAN-DE-008433880

Bankruptcy Case Number: 08-41306

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 22, 2009, at 6:09 o'clock PM CDT, Mark V Swingle completed a course on personal financial management given by internet and telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: September 22, 2009

By    /s/Tiffany Pena

Name   Tiffany Pena

Title    Counselor

Certificate Number: 01267-CAN-DE-008433883

Bankruptcy Case Number: 08-41306

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 22, 2009 , at 6:09 o'clock PM CDT ,

Monica M Swingle completed a course on personal financial

management given by internet and telephone by

Money Management International, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of California .

Date: September 22, 2009        By     /s/Tiffany Pena

                                Name   Tiffany Pena

                                Title  Counselor