```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-41306 RLE |
| **MARK VANNOY SWINGLE and MONICA MARIE SWINGLE,** | Chapter 13 |
| | **OBJECTION TO CLAIM #3-1 OF SIERRA POINT CREDIT UNION** |
| Debtors. | **AND OPPORTUNITY FOR HEARING** |
| _____/ | |

The undersigned objects to allowance of Claim No. 3-1 filed by Sierra Point Credit Union

( ) For any amount

(X) Except as an unsecured claim for $7,790.98.

( ) Except as a secured arrearage claim for $_____.

( ) Except as an unsecured non-priority claim for $_____.

for the following reason:

The claim of Sierra Point Credit Union is not secured by any collateral, it is an unsecured loan. The proof of claim indicates that the basis for the claim is "Money Loaned on unsecured line of credit"

**PLEASE TAKE NOTICE:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court

Page 1 of 2

Case: 08-41306    Doc# 45    Filed: 06/28/11    Entered: 06/28/11 16:52:50    Page 1 of 2

for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this Notice;

    (ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: June 28, 2011        /s/ Patrick L. Forte
                                PATRICK L. FORTE
                                Attorney for Debtors