```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-41306 RLE** |
| **MARK VANNOY SWINGLE and MONICA MARIE SWINGLE,** | **Chapter 13** |
| Debtors. _____/ | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On June 28, 2011, I served the within;

**OBJECTION TO CLAIM #3-1 OF SIERRA POINT CREDIT UNION AND OPPORTUNITY FOR HEARING**

on the below-named in this action electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee     U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with certified postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: Officer or Managing Agent
Sierra Point Credit Union
365 South Spruce Avenue
South San Francisco, CA 94080**
*///*

*///*

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 2 | |
| 3 | Dated: June 28, 2011 |
| | /s/ Joe P. Segura |
| | JOE P. SEGURA |